Submitted on record and briefs July 7, affirmed without
opinion July 27, 1972

## STATE OF OREGON, *Respondent, v.*
## DAVID LEE HART, *Appellant.*
498 P2d 836

Keith E. Tichenor, and Pozzi, Wilson & Atchison, Portland, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.